AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Vandyke C. Nu
*Defendant(s)*

Case No. 2:16mj-34

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 01/14/2016 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Interstate Robbery |
| 18 U.S.C. 924 (c) | Brandish a Firearm during/relation to Crime of Violence |

This criminal complaint is based on these facts:
See Attached

☒ Continued on the attached sheet.

*Complainant's signature*

Brian V. Boesch, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/22/16

*Judge's signature*

Terence P. Kemp - U.S. Mag. Judge
*Printed name and title*

City and state: Columbus, Ohio

I, Brian Boesch, a Task Force Officer with the U.S. Bureau of Alcohol, Tobacco, Firearms & Explosives, hereinafter the affiant, being duly sworn, states:

1. Your affiant is assigned as a Task Force Officer in the ATF Field Office, Columbus, Ohio, and has been so assigned for the past 18 months. Your affiant has conducted or participated in numerous investigations with the Columbus Division of Police Robbery Squad over the past eight years which have resulted in arrests and convictions, for violations of Federal and State Laws. Your affiant is currently assigned to work violent crime, specifically, armed serial robbery cases occurring in the Columbus, Ohio, area.

2. In August of 2004, Clifton SATTERWHITE was convicted of Aggravated Robbery for his participation in committing an armed robbery of the Advanced Auto Parts store at 1149 S. Hamilton Rd. in Whitehall, OH. He was sentenced to prison and served twelve (12) years before being granted judicial release on August 27th, 2015. He was released from prison shortly after that.

3. On December 5th, 2015, the Advance Auto Parts store located at 1354 Harrisburg Pike was robbed at gunpoint by two suspects who were covered from head to toe to conceal their identity. The suspects demanded cash from the registers and from the safe. They then ordered the employees to the back of the store before they fled.

4. From December 5th, 2015 until January 10th, 2016, there were approximately ten (10) additional robberies involving suspects using the same method of operation and similar physical appearances, including the suspects completely concealing their identity. This series includes the Advance Auto Parts store located in Whitehall, at 1149 S. Hamilton Rd. that SATTERWHITE was convicted of robbing in 2003.

5. On December 26th, 2015, at 9:45pm, suspects matching this description entered the Joseppi's Pizza at 3179 Sullivant Ave. The suspects were completely covered up to conceal their identity. They demanded cash from the register while pointing a chrome handgun at the clerk. They then fled to an awaiting car that was backed into a neighbor's driveway.

6. They neighbor who's driveway they backed into at 3161 Sullivant Ave. had a private surveillance camera system and captured the suspects exiting and returning to a dark colored Dodge Dart that had a rally stripe over top of it. The responding officers aired the description over the Columbus Police radio so officers could keep an eye out for the car.

7. On December 31st, 2015, Officers Andy Starner and Don Dawson observed a car matching the description of the Dodge on the surveillance video at Sullivant Ave. and Westgate Rd. After observing a traffic violation, they initiated a traffic stop. The car had a temporary license plate of C062622 and was registered to Clifton SATTERWHITE. SATTERWHITE was driving the car and the front passenger was Ramone L. WRIGHT. They were identified and released.

8. Over the following two weeks, there were three or four more robberies of auto parts stores that were committed in similar fashion by suspects dressed the same way to conceal their

identity.

9. Based on the above facts, TFO Brian Boesch requested SATTERWHITE's cell phone number from his probation officer. TFO Boesch then requested an exigent circumstance ping request and seven (7) day historical records request from Sprint. TFO Boesch also obtained two search warrants to GPS SATTERWHITE's Dodge Dart and his mother's 1999 Toyota Camry, which SATTERWHITE was observed driving.

10. Columbus Police SWAT officer maintained surveillance of SATTERWHITE. On Thursday evening, January 14th, 2016, SWAT officers followed SATTERWHITE's Dodge Dart with the GPS tracking device affixed to the car. They followed SATTERWHITE and two other occupants to an alley just west of the O'Reilly Auto Parts store at 1455 Parsons Ave.

11. SWAT officers observed two individuals, later determined to be SATTERWHITE and WRIGHT exit the car, pull their hoods up and enter the O'Reilly's store. Shortly after entering, they observed employee Corey Gordon run out of the store and make a call on his cell phone. The suspects had disappeared to the rear of the store. A short time later, SWAT officers observed the same two male exit the side door of the store and get picked up by the third suspect, later determined to be NU, still in the Dodge Dart.

12. The night manager that remained in the store, Randall Scott, stated that the two suspects confronted him in the back room and each displayed a chrome handgun. They demanded the money from the registers and the safe. Scott pointed out two safes, but said only one could be accessed. Scott punched in the code for the office safe, but told the suspect that it had a ten minute delay. The suspect then led him to the registers and took all the paper currency from their drawers. The suspects then told Scott to lie face down on the back room floor and they fled out the side door.

13. A SWAT officer confirmed with Gordon that the store had in fact been robbed at gunpoint and the other officers followed SATTERWHITE's car until they could safely effect an arrest of the suspects.

14. The car and occupants were under constant observation and then eventually stopped at S. High St. and Morrill Ave. SATTERWHITE ran from the car and when SWAT officers noticed he was grabbing at his waistband and refusing orders to stop, he was shot one time in the abdomen by a SWAT officers with a shotgun. He was taken into custody.

15. The other two occupants, Vandyke C. NU (driver) and Ramone WRIGHT were apprehended in the car. They were transported to Columbus Police Headquarters to be interviewed.

16. After being advised of their constitutional rights, NU confessed to driving the other two to the O'Reilly Auto Parts that evening and to being the getaway driver from the Joseppi's Pizza robbery. WRIGHT denied any involvement in either robbery. They were charged with one state count of Aggravated Robbery and slated at the Franklin County jail.

17. SATTERWHITE was treated for his injuries at Grant Medical Center. An arrest warrant for

Aggravated Robbery was filed against him, as well.

Based on the above facts, the affiant requests arrest warrants against the following individuals for the following charges:

Clifton A. SATTERWHITE

18 U.S.C. 1951 – Interstate Robbery
18 U.S.C. 922 (g) – Felon in possession of a Firearm
18 U.S.C. 924 (c) – Brandish firearm during Crime of Violence

Ramone L. WRIGHT

18 U.S.C. 1951 – Interstate Robbery
18 U.S.C. 924 (c) – Brandish firearm during Crime of Violence

Vandyke C. NU

18 U.S.C. 1951 – Interstate Robbery
18 U.S.C. 924 (c) – Brandish firearm during Crime of Violence

_____
Signature of Complainant
Brian V. Boesch

Sworn to before me and subscribed in my presence,

___January 22___, 2016, at Columbus, Ohio

_____
Terence P. Kemp
U.S. Magistrate Judge