**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

                                      **CASE NO: 2:16-CR-075**
**v.**                                        **JUDGE GRAHAM**

**VANDYKE C. NU,**

          **Defendant.**

**SATISFACTION OF CRIMINAL JUDGMENT**

The judgment in the above-titled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

                                        Respectfully submitted,

                                        KENNETH L. PARKER
                                        United States Attorney

                                        s/Bethany J. Hamilton
                                        BETHANY J. HAMILTON (0075139)
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
                                        Southern District of Ohio
                                        303 Marconi Boulevard, Suite 200
                                        Columbus, Ohio 43215-2401
                                        (614) 469-5715
                                        (614) 469-5240 fax
                                        Bethany.Hamilton@usdoj.gov

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Vandyke Nu (Inmate #: 75702-061), Cincinnati RRM, 36 E. 7th St, Suite 2107-A, Cincinnati, Ohio 45202, by first class mail, postage prepaid, this 25th day of March, 2022.

s/Bethany J. Hamilton
Bethany J. Hamilton (0075139)
Assistant United States Attorney